**Order entered December 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01463-CV

---

### YAN BENJAMIN WILHELM ASSOUN, Appellant

### V.

### ANAIS AMBER GUSTAFSON (A/K/A ANAIS AMBER ASSOUN) AND JOHN CHARLES GUSTAFSON, JR., Appellee

---

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02323-2014**

---

## ORDER

Before the Court is appellant's December 10, 2015 motion to disqualify Clint Westhoff and his law firm, Goranson Bain PLLC, as counsel for appellee. The Court **ORDERS** all parties (including Mr. Westhoff and Goranson Bain to the extent they wish to do so independently) to file a letter brief of no more than 10 *double-spaced* pages by the close of business on Friday, December 11, 2015, addressing whether, at this stage of the case with the record and briefs filed, actual knowledge of appellant's confidential information exists and, if so, could result in prejudice to appellant so as to warrant disqualification of appellee's attorney and law firm. *See COC Servs., Ltd. v. CompUSA, Inc.*, No. 05-01-00865-CV, 2002 WL 1792479 (Tex. App.— Dallas 2002, n. pet. hist.) (not designated for publication). Appellee and Goranson Bain are also

requested to brief any additional issues responsive to appellant's motion to disqualify that they wish to address.

/s/    DAVID EVANS
       PRESIDING JUSTICE